Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–13651–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jo–Anne E Dunn
   210 Overlook Ave
   Belleville, NJ 07109

Social Security No.:
   xxx–xx–2707

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/20/16 and a confirmation hearing on such Plan has been scheduled for 8/3/16.

The debtor filed a Modified Plan on 8/2/16 and a confirmation hearing on the Modified Plan is scheduled for 9/7/16 at 9:00 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 3, 2016
JJW: wdh

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-13651-RG
Jo-Anne E Dunn                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Aug 03, 2016
                             Form ID: 186           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db          +Jo-Anne E Dunn,   210 Overlook Ave,   Belleville, NJ 07109-2271
cr          +Ditech Financial LLC,   Stern Lavinthal & Frankenberg LLC,   105 Eisenhower Parkway,
             Suite 302,   Roseland, NJ 07068-1640
516026000   +Ditech Financial Llc,   Po Box 6172,   Rapid City, SD 57709-6172
516026001   +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
516026002   +Experian,   PO BOX 9701,   Allen, TX 75013-9701
516026006   +KML Law Group, P.C.,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
516026003   +Katie Dunn,   210 Overlook Ave,   Belleville, NJ 07109-2271
516026005   +Kia Motors Finance Co,   4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
516026004   +Kia Motors Finance Co,   10550 Talbert Ave,   Fountain Valley, CA 92708-6031
516026007   +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516026008    Nationstar Mortgage LLC,   Po Box 199111,   Dallas, TX 75235
516026009   +Trans Union,   PO BOX 2000,   Chester, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 23:05:17    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 23:05:15    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 23:03:16    Synchrony Bank,
             c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave.,  Ste. 1120,   Miami, FL 33131-1605
516105037    E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 23:02:26    Synchrony Bank,
             c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                    TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                         Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Ditech Financial, LLC NJECFMAIL@mwc-law.com
          Celine P. Derkrikorian   on behalf of Creditor   Ditech Financial, LLC njecfmail@mwc-law.com
          Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg   on behalf of Creditor   Ditech Financial LLC cmecf@sternlav.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Scott E. Tanne   on behalf of Debtor Jo-Anne E Dunn info@tannelaw.com,   clerk@tannelaw.com
          Scott S. Rever   on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                    TOTAL: 7